1016

[No. 70751-5-I. Division One. June 15, 2015.]

RICHARD AZPITARTE, *Appellant*, v. GAYLE SAUVE ET AL., *Defendants*, DANIEL SPINO ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Dwyer, J.

[No. 71020-6-I. Division One. June 15, 2015.]

RAYMOND A. HOVICK ET AL., *Respondents*, v. WALTER S. PAGE, *Appellant*.

*Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Lau, JJ.

[No. 71156-3-I. Division One. June 15, 2015.]

PAUL N. HAGMAN ET AL., *Respondents*, v. WARREN C. WILLIAMS ET AL., *Defendants*, HMC CAPITAL INVESTMENTS, INC., ET AL., *Appellants*.

*Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Lau, J.

[No. 71195-4-I. Division One. June 15, 2015.]

DOUGLAS SLATER ET AL., *Appellants*, v. JOHN BABICH ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Leach, J., concurred in by Cox and Schindler, JJ.